UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO: 4:18-CR-274 |
|---|---|---|
| v. | ) | |
| PABLO RANGEL-RUBIO, | ) | |
| JUAN RANGEL-RUBIO, and | ) | |
| HIGINIO PEREZ-BRAVO | ) | |

## ORDER

Upon motion of the United States, it is ORDERED that the Indictment be unsealed.

This __13th__ day of December, 2018.

_____
Honorable James E. Graham
United States Magistrate Court
Southern District of Georgia

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 DEC 13 AM 11: 59
CLERK _____
DIST. OF GA.