# VERDICT

We, the jury find the defendant, _____

this _____ day of _____, 2019.

_____
Foreman

# PLEA

The defendant, *Juan Rangel Rubio*, waives arraignment and pleads *not guilty*

In open Court, this *19th* day of *December*, 2019.

M. OL
_____
Counsel for Defendant

_____
Defendant

---

United States District Court
Southern District of Georgia
Savannah Division

No. CR 418-cr-274

UNITED STATES
vs.
Pablo Rangel-Rubio, et al.

**INDICTMENT**

FOR

8 U.S.C. § 1324(a)(1)(A)(v)(I); 18 U.S.C. § 1956(h); 18 U.S.C. §1957; 18 U.S.C. §1512(k); 18 U.S.C. § 1513(f); 18 U.S.C. §1958(a); 18 U.S.C. §§3591, 3592

Filed in open Court this _5th_ day of _December_, 2019.

_____ Deputy Clerk

BOBBY L. CHRISTINE
United States Attorney

USA-40-21-3

---

# PLEA

The defendant(s) _____

being fully informed and advised by the Court of the charge against him (them), and of his (their) legal right to the assistance of counsel, and that counsel would be appointed by the Court if desired, hereby waives arraignment and benefit of counsel, and pleads

_____

In open Court this _____ day of _____, 2019.

_____
_____
_____

Witness:1324

_____
Clerk, United States Courts