SW17-087

# SEARCH WARRANT
## IN THE MAGISTRATE COURT OF EFFINGHAM COUNTY, STATE OF GEORGIA

Docket/Case No. 170819034

TO: ALL GEORGIA PEACE OFFICERS, UTILIZING ANY OTHER LAW ENFORCEMENT AGENTS DEEMED NECESSARY

Affidavit having been made before me by DET ROBERTO RODRIGUEZ, of the GARDEN CITY POLICE DEPARTMENT, an officer charged with the duty of enforcing the Criminal Laws, that he has reason to believe that in RINCON, EFFINGHAM County, Georgia on the following described person, premises, or property: (state detailed description of person, property, or location)

275 MILTON RAHN ROAD, RINCON GEORGIA, 31326. THE RESIDENCE AND PROPERTY CAN BE REACHED BY TRAVELING ON RAHN STATION ROAD FROM HIGHWAY 21 FOR 2 MILES MAKING A LEFT ONTO MILTON RAHN ROAD AND TRAVELING 1.2 MILES AND THE RESIDENCE (TAN IN COLOR) WILL BE LOCATED ON THE LEFT FOLLOWING BY THE MOBILE HOME (GRAY IN COLOR). SEE EXHIBIT A AND B

PROPERTY IS OWNED BY PABLO RANGEL. PROPERTY IS LISTED WITH HAVING 26.65 ACRES. LAND HAS MULTIPLE DWELLINGS THAT CAN NOT BE ACCESSED WITHOUT DRIVING ON A PRIVATE DRIVE THAT DEAD ENDS ON THIS LAND. RESIDENCE HAS A NEWER STRUCTURE IDENTIFIED AS A MODULAR HOME, AS WELL AS MULTIPLE TRAILERS AS FOLLOWS. GRAY IN COLOR MOBILE HOME WITH WHITE TRIM LOCATED AT THE FAR END THE DRIVEWAY. LIGHT COLORED PULL BEHIND CAMPER LOCATED IN THE REAR OF THE GRAY MOBILE HOME. TAN IN COLOR RESIDENCE WITH WOODEN PORCH ON THE BACK LOCATED BEFORE REACHING THE GRAY MOBILE HOME. THERE ARE CURRENTLY 8-10 VEHICLES ON THE PROPERTY.

There is now located certain instruments, articles, person(s), or things, namely: (specify evidence, contraband or person(s) to be searched for)

ANY GUNS, GUN COMPONENTS, AMMUNITION, GUN MAGAZINES, SHELL CASINGS, CELLPHONES NOTES WRITTEN BY OR TO PABLO RANGEL ABOUT THIS HOMICIDE. AND ANY OTHER ITEMS RELATED TO THE AFOREMENTIONED CRIME OF MURDER.

Which is (name the law being violated)

**MURDER (16-5-1)**

Based upon the affidavit given under oath or affirmation and all other evidence given to me under oath or affirmation, I am satisfied that there is probable cause to believe that a crime is being committed or has been committed and that the property described above is presently located on the person, premises, or property described above.

You are hereby commanded to enter, search and seize within ten (10) days of this date, the person, premises, or property described above. A copy of this Warrant is to be left with the person searched, or if no person is available, on the premises or vehicle searched, and a written return, including an inventory of any things seized, shall be made before me or a Court of competent jurisdiction without unnecessary delay after the execution of this Search Warrant.

SO ORDERED this 20 day of August, 2017 at 11:23 AM.

tps://drive.google.com/drive/folders/0BzYLGEY8v6p6aXBma0w3VVJXajQ

1 of 4

1/1

GCP-000475

# SEARCH WARRANT
## IN THE MAGISTRATE COURT OF EFFINGHAM COUNTY
## STATE OF GEORGIA

_____
Judge of the MAGISTRATE COURT
EFFINGHAM County, Georgia

[Seal: MAGISTRATE COURT EFFINGHAM COUNTY GEORGIA]

**NO-KNOCK PROVISION (Not Valid Unless Signed)**

IT APPEARING from the aforementioned Affidavit that there are reasonable grounds to believe that the giving of verbal notice would greatly increase the officer's peril and (or) lead to the immediate destruction of the instruments, articles or things ordered to be seized.

IT IS, THEREFORE, ORDERED that the entry be made without knocking and the giving of verbal notice of the officer's authority and purpose.

SO ORDERED this 20 day of August, 2017 at _____ .M.

_____
Judge of the MAGISTRATE COURT
EFFINGHAM County, Georgia

## RETURN OF SERVICE

☐ This Search Warrant was not executed and is returned to the judicial officer who issued it.

☐ I executed this Search Warrant on the _____ day of _____, 20____, at _____ .M. and searched the person, premises or property described in the warrant. A copy of this warrant:

☐ Was left with _____

☐ Was left in the following conspicuous place: _____
_____ because no one was available to be given the warrant.

Attached hereto is an inventory consisting of 0 pages, of the instruments, articles or things which were seized pursuant to this Search Warrant. This inventory was made in the presence of and I swear (affirm) that this inventory is a true and detailed account of all instruments, articles or things seized pursuant to this Search Warrant.

AFFIANT: _____

TITLE: _____

Sworn to and subscribed to before me this _____ day of _____, 20_____

_____
Judge of the MAGISTRATE COURT
EFFINGHAM County, Georgia

Seized Items for Docket/Case No. 170819034

https://drive.google.com/drive/folders/0BzYLGEY8v6p6aXBma0w3VVJXajQ

1/1

GCP-000478

# AFFIDAVIT AND APPLICATION FOR SEARCH WARRANT
### IN THE MAGISTRATE COURT OF EFFINGHAM COUNTY, STATE OF GEORGIA

Docket/Case No. 170819034

The undersigned DET ROBERTO RODRIGUEZ, of the GARDEN CITY POLICE DEPARTMENT, being duly sworn, deposes and says:

I am an officer of the State of Georgia or its political subdivisions charged with the duty of enforcing the criminal laws, and that I have reason to believe that in RINCON, EFFINGHAM County, Georgia, on the person, premises, or property described as follows: (state detailed description of person, property, or location)

275 MILTON RAHN ROAD, RINCON GEORGIA, 31326. THE RESIDENCE AND PROPERTY CAN BE REACHED BY TRAVELING ON RAHN STATION ROAD FROM HIGHWAY 21 FOR 2 MILES MAKING A LEFT ONTO MILTON RAHN ROAD AND TRAVELING 1.2 MILES AND THE RESIDENCE (TAN IN COLOR) WILL BE LOCATED ON THE LEFT FOLLOWING BY THE MOBILE HOME (GRAY IN COLOR). SEE EXHIBIT A AND B

PROPERTY IS OWNED BY PABLO RANGEL. PROPERTY IS LISTED WITH HAVING 26.65 ACRES. LAND HAS MULTIPLE DWELLINGS THAT CAN NOT BE ACCESSED WITHOUT DRIVING ON A PRIVATE DRIVE THAT DEAD ENDS ON THIS LAND. RESIDENCE HAS A NEWER STRUCTURE IDENTIFIED AS A MODULAR HOME, AS WELL AS MULTIPLE TRAILERS AS FOLLOWS. GRAY IN COLOR MOBILE HOME WITH WHITE TRIM LOCATED AT THE FAR END THE DRIVEWAY. LIGHT COLORED PULL BEHIND CAMPER LOCATED IN THE REAR OF THE GRAY MOBILE HOME. TAN IN COLOR RESIDENCE WITH WOODEN PORCH ON THE BACK LOCATED BEFORE REACHING THE GRAY MOBILE HOME. THERE ARE CURRENTLY 8-10 VEHICLES ON THE PROPERTY.

There is now located certain instruments, articles, person(s), or things, namely:(specify evidence, contraband, or person(s) to be searched for)

ANY GUNS, GUN COMPONENTS, AMMUNITION, GUN MAGAZINES, SHELL CASINGS, CELLPHONES NOTES WRITTEN BY OR TO PABLO RANGEL ABOUT THIS HOMICIDE. AND ANY OTHER ITEMS RELATED TO THE AFOREMENTIONED CRIME OF MURDER.

Which is (name the law being violated)

MURDER (16-5-1)

YOUR AFFIANT, DETECTIVE ROBERTO RODRIGUEZ, HAS BEEN A LAW ENFORCEMENT OFFICER IN THE STATE OF GEORGIA FOR SEVEN YEARS. YOUR AFFIANT HAS BEEN EMPLOYED WITH THE GARDEN CITY POLICE DEPARTMENT, GARDEN CITY, CHATHAM COUNTY, GEORGIA FOR SEVEN YEARS, AND HAS BEEN ASSIGNED TO THE CRIMINAL INVESTIGATIONS DIVISION SINCE 2013. IN SEVEN YEARS OF LAW ENFORCEMENT SERVICE YOUR AFFIANT HAS BEEN ASSIGNED TO THE PATROL AND THE CRIMINAL INVESTIGATIONS UNIT. WHILE ASSIGNED TO THE CRIMINAL INVESTIGATIONS UNIT YOUR AFFIANT IS ASSIGNED AND THOROUGHLY INVESTIGATES CRIMES RELATED TO PROPERTY CRIMES, THEFTS, BURGLARIES AND FINANCIAL CRIMES. YOUR AFFIANT IS ALSO ASSIGNED AND INVESTIGATES THOROUGHLY VIOLENT CRIMES/SPECIAL VICTIMS CRIMES; AGGRAVATED ASSAULTS, ROBBERIES, BATTERIES, SEXUAL ASSAULTS, CRIMES AGAINST CHILDREN, AND HOMICIDES. WHILE ASSIGNED TO CRIMINAL INVESTIGATIONS UNIT YOUR AFFIANT HAS OVER 20 SUCCESSFUL

## AFFIDAVIT AND APPLICATION FOR SEARCH WARRANT

ARRESTS AND PROSECUTIONS OF THE AFOREMENTIONED INVESTIGATIVE CRIMES. YOUR AFFIANT HAS CERTIFIED P.O.S.T. TRAINING IN BASIC LAW ENFORCEMENT, AS WELL AS ADVANCED INVESTIGATIONS COURSES SUCH AS; SEARCH AND SEIZURE, INTERVIEW AND INTERROGATIONS, LATENT FINGERPRINT IDENTIFICATION, LATENT PRINT CLASSIFICATION, LATENT PRINT COMPARISON, BLOOD STAIN PATTERN ANALYSIS, ARSON INVESTIGATIONS, VIOLENT CRIMES INVESTIGATIONS/HOMICIDE INVESTIGATION. YOUR AFFIANT IS A CERTIFIED FORENSIC INVESTIGATOR.

The facts tending to establish probable cause that a crime has been, or is being committed and the above described instruments, articles or things described above are presently located at the above described premises or property are as follows: (state in detail the facts you believe create probable cause, including statement of ownership, possession, or control, if known)

On August 19, 2017 Garden City Units were dispatched to a non-responsive person located at the 1300 block of Old Dean Forest Road. Upon Your Affiant arrival to the scene, I observed a male lying face down motionless. Officer Fuller checked the victim for a pulse however none was felt. EMS then arrived on scene and turned the victim over to check for vitals. It was at that time, Your Affiant was advised by EMS that the victim had a gunshot wound to the back of the head. Furthermore Your Affiant observed the victim's nose was broken and blood was all over his mouth and stomach. Your Affiant determined this would be a homicide investigation at that time.

Your Affiant then began photographing the scene. Your Affiant observed the victim appeared to be working on a large tree service work truck, and there was a silver older model Honda parked next to the work truck which was still running. Your Affiant had officers run the registration on the Honda and it returned to the Victim, Eliud Montoya. Your Affiant further noticed his current address was 59 Village Drive which was within walking distance where the decedent was currently located.

While processing the scene, Your Affiant was advised the victim's mother was on scene. Your Affiant advised her of the current situation. Without hesitation she advised his boss killed him. She stated Pablo Rangel, whom is Eliud's boss recently had a falling out which lead to Eliud being suspended for three days. She specified the date of occurrence being 08/17/2017. She further specified that same day Eliud went to the Equal Employment Opportunity Commission to file a complaint on Pablo. She advised they had documentation at the house reflecting this information.

Your Affiant then drove to 59 Village Drive where I personally met with Maria Montoya the victim's wife. Maria was very distraught when Your Affiant notified her of her husband's death. Your Affiant asked Maria if she suspects anyone whom may have wanted to harm her husband. Maria advised Your Affiant the same information Eliud's mother had just provided, with the sole exception of providing multiple documentations her husband had kept regarding the company. Maria also provided Your Affiant with a Manila Envelope with the heading of Equal Employment Opportunity Commission. Inside the Manila envelope Your Affiant observed four legal statements in which three were notarized by Eliud Montaya and the fourth having been written by Eliud. All four typed Documents advise they are all employees of Wolf Tree Expert and they are in the United States illegally. They advise for this very reason they are mistreated and taken advantage by their supervisor Pablo Rangel. They all advised they don't receive proper wages since Pablo keeps some of their money on a weekly basis. Furthermore they advise they bought several individuals identity's whom they did not know for $1500 dollars. This was done so they could work in the US and obtain a paycheck. Armed with these documents Eliud met with agents of the EEOC.

Your Affiant then went back to the crime scene which was being processed by other detectives.

## AFFIDAVIT AND APPLICATION FOR SEARCH WARRANT

Once on scene, Your Affiant observed the Chatham County Deputy Coroner Carol Green was on scene examining the body. It was at that time where we observed the victim was shot three times. Two of the rounds struck the victim in his back as well as a third round striking the victim in the back of his head. It was apparent from the evidence on scene Eliude was shot with a small caliber bullet possibly a .22 caliber bullet.

Your Affiant further determined the victim was wearing pajama pants and a T-shirt as well as flip flop shoes. The victim's cell phone was inside the work truck and his wallet was at home. It should be noted Your Affiant did not observe any defensive style nor offensive style wounds on the victim. Furthermore it did not appear the victim was killed as a result of a robbery since Eliuds vehicle was still on scene as well as nothing appearing to be missing.

After clearing the crime scene, Eluid's vehicle was transported to the Garden City Police Department to be forensically searched for any possible evidence. Inside his vehicle Det Reyes located a yellow composition notebook. Inside one of the pages Your Affiant reviewed the following written inside the notebook; Discharge by X_____ for 3 days for not signing a safe practice violation that wasn't true. Hey are always watching me because of a complaint I put on ways they let the Foreman treats their employees.

It was apparent this letter was written since 08/17/2017 since Your Affiant reviewed the document in question that Eluid was suspended for.

After gathering the facts related to this investigation, Your Affiant observed Eliud had filled a previous EEOC complaint on Pablo.

At 1900 hours, Joel Reyes came by the Garden City Police Department to be interviewed by Your Affiant. Joel was one of the males whom Eliud had paperwork accusing Pablo of Fraud. In the interview Joel advised everything written in his signed document to be true. Joel advised Pablo would indeed provide employees with Alias, social security numbers, and date of births so they could be added to the company payroll. Joel advised this was the reason Pablo did not want Eluid providing this information to anyone. Your Affiant asked Joel if he was surprised Eliud was dead. Joel advised he was not. He stated he told Eliud to leave Pablo alone since he was going to have him killed. Joel advised he didn't think Pablo could kill Eliud but he has family whom could kill him.

While Your Affiant was conducting a criminal History check on Pablo, it was brought to light that he has a nephew whom he lives with in Springfield Georgia. His name is Refugo Ramirez. Your Affiant reviewed a report from 2014 written by Savannah Chatham Metro Police Department CRN #141223011. In this report Refugo Ramirez was listed as a suspect. Refugio was arrested in possession of a concealed firearm. The firearm was listed as a .22 magnum SuperX pistol bearing serial number 244582. The caliber of said handgun matches that which was suspected to be used to Murder Eluid. It should be noted not only does Refugo work with the same company as the victim but he also lives in a trailer located on his uncles property located at 275 Milton Rahn Road, Springfield, Georgia. Eliud further has warrants out for his arrest through Chatham County Recorders court.

Your Affiant firmly believes enough probable cause has arisen to show Pablo is involved in the Murder of Eliud Montoya. Your Affiant Firmly believes the fruits of the crime due exist inside the residence located at 275 Milton Rahn Road.

ttps://drive.google.com/drive/folders/0BzYLGEY8v6p6aXBma0w3VVJXajQ    1/1

GCP-000481

## AFFIDAVIT AND APPLICATION FOR SEARCH WARRANT

I swear or affirm that all of the information contained in this Affidavit and all other testimony given by me under oath is true to the best of my knowledge and belief.

AFFIANT: Roberto Rodriguez

TITLE: Detective

Sworn to and subscribed to before me this 20 day of August, 2018 @ 11:22an

_____
Judge of the MAGISTRATE COURT
EFFINGHAM County, Georgia

[SEAL – MAGISTRATE COURT EFFINGHAM COUNTY GEORGIA]


Exhibit A

# qPublic.net™ Effingham County, GA



Overview

Legend
☐ Parcels
   Roads

| Parcel ID | 04300038 | Owner | RANGEL PABLO | Last 2 Sales | | | |
|---|---|---|---|---|---|---|---|
| Class Code | Residential | | 275 MILTON RAHN RD | Date | Price | Reason | Qual |
| Taxing District | 01-County | | RINCON GA 31326 | 7/22/2016 | $0 | U | U |
| | 01-County | Physical Address | 275 MILTON RAHN RD | 7/22/2016 | $122000 | QZ | U |
| Acres | 26.65 | Assessed Value | Value $132148 | | | | |

(Note: Not to be used on legal documents)

Date created: 8/19/2017
Last Data Uploaded: 8/18/2017 1:55:16 AM


Developed by
The Schneider Corporation

GCP-000483

