# Exhibit 1

Title VII of the Civil Rights Act of 1964 Charges



*U.S. Equal Employment Opportunity Commission*

## Title VII of the Civil Rights Act of 1964 Charges (Charges filed with EEOC) (includes concurrent charges with ADEA, ADA, EPA, and GINA) FY 1997 - FY 2018

The following chart represents the total number of charges filed and resolved under Title VII.

Receipts include all charges filed under Title VII as well as those filed concurrently under the ADA, ADEA, EPA and/or GINA. Therefore, the sum of receipts for all statutes will exceed total charges received.

The data are compiled by the Office of Research, Information and Planning from data reported via the quarterly reconciled Data Summary Reports and compiled from EEOC's Charge Data System and, from FY 2004 forward, EEOC's Integrated Mission System.

This does not include charges filed with state or local Fair Employment Practices Agencies.

| | FY 1997 | FY 1998 | FY 1999 | FY 2000 | FY 2001 | FY 2002 | FY 2003 | FY 2004 | FY 2005 | FY 2006 | FY 2007 | FY 2008 | FY 2009 | FY 2010 | FY 2011 | FY 2012 | FY 2013 | FY 2014 | FY 2015 | FY 2016 | FY 2017 | FY 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Receipts | 58,615 | 58,124 | 57,582 | 59,588 | 59,631 | 61,459 | 59,075 | 58,328 | 55,976 | 56,155 | 61,159 | 69,064 | 68,710 | 73,058 | 71,914 | 71,578 | 67,558 | 63,589 | 63,900 | 65,090 | 59,466 | 53,694 |
| Resolutions | 62,533 | 60,888 | 59,085 | 57,136 | 54,549 | 56,392 | 52,227 | 51,355 | 46,885 | 44,228 | 53,631 | 58,104 | 64,304 | 77,844 | 82,980 | 79,310 | 70,175 | 63,061 | 66,046 | 69,673 | 70,405 | 63,948 |
| Resolutions By Type | | | | | | | | | | | | | | | | | | | | | | |
| Settlements | 2,272 | 2,657 | 3,748 | 4,828 | 4,493 | 5,362 | 5,215 | 5,365 | 4,991 | 5,165 | 6,423 | 6,416 | 6,292 | 7,024 | 7,251 | 6,675 | 5,927 | 5,094 | 5,467 | 4,927 | 4,242 | 3,574 |
| | 3.6% | 4.4% | 6.3% | 8.5% | 8.2% | 9.5% | 10.0% | 10.4% | 10.6% | 11.7% | 12.0% | 11.0% | 9.8% | 9.0% | 8.7% | 8.4% | 8.4% | 8.1% | 8.3% | 7.1% | 6.0% | 5.6% |
| Withdrawals w/Benefits | 1,924 | 1,767 | 2,084 | 2,251 | 2,201 | 2,188 | 2,188 | 2,151 | 2,405 | 2,373 | 2,907 | 3,427 | 3,542 | 3,746 | 3,850 | 3,658 | 3,663 | 3,416 | 3,475 | 3,669 | 3,469 | 3,434 |
| | 3.1% | 2.9% | 3.5% | 3.9% | 4.0% | 3.9% | 4.2% | 4.2% | 5.1% | 5.4% | 5.4% | 5.9% | 5.5% | 4.8% | 4.6% | 4.6% | 5.2% | 5.4% | 5.3% | 5.3% | 4.9% | 5.4% |
| Administrative Closures | 17,405 | 16,114 | 14,265 | 11,439 | 10,766 | 9,791 | 9,225 | 8,563 | 7,255 | 7,143 | 9,475 | 9,827 | 12,104 | 12,790 | 13,372 | 11,811 | 11,108 | 10,487 | 10,862 | 11,040 | 10,475 | 8,998 |
| | 27.8% | 26.5% | 24.1% | 20.0% | 19.7% | 17.4% | 17.7% | 16.7% | 15.5% | 16.2% | 17.7% | 16.9% | 18.8% | 16.5% | 16.1% | 14.9% | 15.8% | 16.6% | 16.4% | 15.8% | 14.9% | 14.1% |
| No Reasonable Cause | 38,731 | 37,792 | 35,614 | 33,822 | 32,075 | 34,671 | 32,418 | 32,646 | 29,344 | 27,178 | 32,123 | 35,695 | 39,418 | 50,290 | 55,314 | 54,197 | 47,062 | 42,295 | 44,259 | 48,162 | 50,305 | 45,877 |
| | 61.9% | 62.1% | 60.3% | 59.2% | 58.8% | 61.5% | 62.1% | 63.6% | 62.6% | 61.4% | 59.9% | 61.4% | 61.3% | 64.8% | 66.7% | 68.3% | 67.1% | 67.1% | 67.0% | 69.1% | 71.5% | 71.7% |
| Reasonable Cause | 2,201 | 2,558 | 3,374 | 4,796 | 5,014 | 4,380 | 3,181 | 2,630 | 2,890 | 2,426 | 2,703 | 2,739 | 2,948 | 3,794 | 3,193 | 2,969 | 2,415 | 1,769 | 1,983 | 1,875 | 1,914 | 2,065 |
| | 3.5% | 4.2% | 5.7% | 8.4% | 9.2% | 7.8% | 6.1% | 5.1% | 6.2% | 5.5% | 5.0% | 4.7% | 4.6% | 4.9% | 3.8% | 3.7% | 3.4% | 2.8% | 3.0% | 2.7% | 2.7% | 3.2% |
| Successful Conciliations | 568 | 671 | 859 | 1,091 | 1,177 | 1,060 | 747 | 697 | 788 | 618 | 840 | 841 | 905 | 996 | 946 | 1,070 | 985 | 631 | 741 | 764 | 719 | 852 |

1/14/2020

Title VII of the Civil Rights Act of 1964 Charges

| | 0.9% | 1.1% | 1.5% | 1.9% | 2.2% | 1.9% | 1.4% | 1.7% | % | 1.6% | 1.4% | 1.4% | 1.3% | 1.1% | 1.3% | 1.4% | 1.0% | 1.1% | 1.1% | .0% | 1.3% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Unsuccessful Conciliations** | 1,633 | 1,887 | 2,515 | 3,705 | 3,837 | 3,320 | 2,434 | 2,102 | 1,808 | 1,863 | 1,898 | 2,043 | 2,798 | 2,247 | 1,899 | 1,430 | 1,138 | 1,242 | 1,111 | 1,195 | 1,213 |
| | 2.6% | 3.1% | 4.3% | 6.5% | 7.0% | 5.9% | 4.7% | 4.5% | 4.1% | 3.5% | 3.3% | 3.2% | 3.6% | 2.7% | 2.4% | 2.0% | 1.8% | 1.9% | 1.6% | 1.7% | 1.9% |
| **Merit Resolutions** | 6,397 | 6,982 | 9,206 | 11,875 | 11,708 | 11,930 | 10,584 | 10,286 | 9,964 | 12,033 | 12,582 | 12,782 | 14,564 | 14,294 | 13,302 | 12,005 | 10,279 | 10,925 | 10,471 | 9,625 | 9,073 |
| | 10.2% | 11.5% | 15.6% | 20.8% | 21.5% | 21.2% | 20.3% | 21.9% | 22.5% | 22.4% | 21.7% | 19.9% | 18.8% | 17.2% | 16.8% | 17.1% | 16.3% | 16.5% | 15.0% | 13.7% | 14.2% |
| **Monetary Benefits (Millions)\*** | $88.7 | $78.0 | $113.1 | $142.4 | $141.1 | $141.7 | $138.7 | $146.0 | $126.5 | $220.0 | $201.4 | $214.4 | $229.8 | $247.8 | $258.6 | $255.9 | $197.9 | $230.5 | $224.5 | $234.0 | $233.7 |

\* Does not include monetary benefits obtained through litigation.

The total of individual percentages may not always sum to 100% due to rounding.

EEOC total workload includes charges carried over from previous fiscal years, new charge receipts and charges transferred to EEOC from Fair Employment Practice Agencies (FEPAs). Resolution of charges each year may therefore exceed receipts for that year because workload being resolved is drawn from a combination of pending, new receipts and FEPA transfer charges rather than from new charges only.

Definitions of Terms

Historical Data

1/14/2020