FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 9:24 am, Dec 15, 2020

# In the United States District Court
# For the Southern District of Georgia
# Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| | * |
| | *   CASE NO.: 4:18-cr-274 |
| | * |
| v. | * |
| | * |
| JUAN RANGEL-RUBIO, et al., | * |
| | * |
| | * |

## O R D E R

The Magistrate Judge issued a Report and Recommendation, dkt. no. 387, recommending denial of Defendants' Motion to Dismiss Indictment and to Stay Any Further Actions in this Case Until There Has Been Substantial Compliance with the Jury Selection and Service Act of 1968 ("JSSA Motion to Dismiss"). Dkt. No. 352. Defendants filed Objections to the Magistrate Judge's Report and Recommendation on December 11, 2020. Dkt. No. 391. The Court has conducted an independent and de novo review of the record and has read and considered the Magistrate Judge's Report and Recommendation and Defendants' Objections.

In Defendants' JSSA Motion to Dismiss, Defendants expressed a desire for adequate time to consider jury selection records and file any pretrial motions related to a jury selection challenge.

Dkt. No. 352.  The Magistrate Judge observed Defendants have now been given access to a substantial portion of the requested jury selection records and have been provided additional time to prepare and file any motions related to a jury selection challenge.  Dkt. No. 387.  The Magistrate Judge, therefore, recommended denial of the JSSA Motion to Dismiss.

In their Objections, Defendants appear to argue their JSSA Motion to Dismiss should not be denied because it is merely a "preliminary" motion, and Defendants should be permitted to file a more particularized motion by the scheduled deadline for filing pretrial motions, January 16, 2021.  Dkt. No. 391.  The Magistrate Judge recommended denial of only the pending JSSA Motion to Dismiss and explained Defendants have until January 16, 2021 to file any "pretrial motions, including any motion related to jury selection."  Dkt. No. 387 at 2.  Thus, it appears Defendants agree with the Magistrate Judge's recommendation, in that Defendants maintain they should be permitted to file a more particularized motion related to jury selection on or before January 16, 2020.  To eliminate any confusion, denial of Defendants' "preliminary" JSSA Motion to Dismiss at this time will not bar Defendants from filing a particularized motion related to jury selection on or before the pretrial motions deadline in this case, January 16, 2021.  Accordingly, Defendants' Objections are without merit.

2

The Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **OVERRULES** Defendants' Objections, and **DENIES** Defendants' Motion to Dismiss Indictment and to Stay Any Further Actions in this Case Until There Has Been Substantial Compliance with the Jury Selection and Service Act of 1968.

**SO ORDERED**, this 14 day of December, 2020.

_____
LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA