IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.

PABLO RANGEL-RUBIO,
JUAN RANGEL-RUBIO, and
HIGINIO PEREZ-BRAVO,

Defendants.

CASE NO.: 4:18-cr-274

**O R D E R**

This matter is before the Court on Defendants' Motion for Further Accommodations and to Extend the Time for Filing Motion Challenging Jury Selection and Summoning Procedures in this District and Division.  Doc. 419.  After careful consideration, Defendants' Motion is **GRANTED in part** and **DENIED in part.**

The Court has considered Defendant's requests for accommodations for accessing two electronic data files containing information related to this District's jury selection and summoning procedures.  The requests were set forth in the instant Motion, doc. 419, as well as a previous motion, doc. 412.  Defendants have been provided with access to these files.  Defendants' expert can access, review, and analyze the data on a secure electronic device, made available to Defendants' expert locally and the Federal Courthouse in the Northern District of Georgia.  Defendants' most recent request asks the Court to make provide additional accommodations, specifically asking for possession of the data files.  Defendants have not demonstrated that such accommodation is necessary for Defendants' expert to complete his work, nor have Defendants shown that possession of the data files is required

under the Jury Selection and Service Act of 1968, 28 U.S.C. § 1861.  Therefore, Defendants' request for additional accommodations is **DENIED**.

Defendants further request additional time to file a jury challenge motion.  Defendants note that the deadline for pretrial motions, and, therefore, the deadline to file a jury challenge motion, was March 17, 2021.  Defendants did file a jury challenge motion, doc. 420, within that deadline.  However, Defendants represent that motion is merely "preliminary and protective,"  and Defendants ask for an opportunity to provide further support in light of the recent requests for access to electronic data.  The Court notes some data-access accommodations have only been available to Defendants' expert since March 11, 2021.  Therefore, the portion of the instant Motion requesting additional time to file a jury challenge Motion is **GRANTED**.  Defendants may file an amended jury challenge motion (i.e., an amended version of doc. 420) on or before April 2, 2021.   The Government shall respond to any such motion on or before April 16, 2021.

As this case remains unusual and complex under 18 U.S.C. § 3161(h)(7)(B), all time from the date of this Order until further notice from the Court shall be excluded from computation under the Speedy Trial Act.

**SO ORDERED**, this 19th day of March, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA