# In the United States District Court
# For the Southern District of Georgia
# Savannah Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 4:18-cr-274 |
| | * | |
| v. | * | |
| | * | |
| PABLO RANGEL-RUBIO, JUAN RANGEL-RUBIO, and HIGINIO PEREZ-BRAVO, | * | |
| | * | |
| Defendants. | * | |

### ORDER

Before the Court are Defendant Perez-Bravo's Objections to the Magistrate Judge's Report and Recommendation dated October 22, 2021.[1] Dkt. No. 507. In the Report, the Magistrate Judge recommended the Court deny Defendants' Motion and Supplemental Motions to Dismiss Indictment and Stay Proceedings. Dkt. No. 503 at 1. The Magistrate Judge recommended denial of the Motion because controlling Eleventh Circuit authority requires a defendant asserting a challenge to jury composition to show an absolute disparity of 10% between the percentage of the relevant

---

[1] Defendant Juan Rangel-Rubio moved to adopt and conform Defendant Perez-Bravo's objections. Dkt. No. 509. The Court **GRANTS** his Motion and considers his adopted objections herein.

group in the jury-eligible population and the percentage of the relevant group on the qualified jury wheel, and Defendants were unable to demonstrate that absolute disparity in this case  Id. at 7-8.

In their Objections, Defendants argue their Motion should not be denied because the absolute-disparity requirement is a flawed standard, and should not be utilized here.  Dkt. No. 507.  However, Defendants fail to provide any basis upon which this Court can or should ignore controlling Eleventh Circuit authority, which requires a showing of an absolute disparity of 10%.  Defendants implicitly recognize the authority cited in the Magistrate Judge's Report is binding, and, consequently, Defendants primarily seek to "preserve[] this issue for further appeal."  Defendants do not contend the Magistrate Judge applied the law incorrectly, or that Defendants did, in fact, demonstrate a 10% absolute disparity.

Therefore, after an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Defendant Perez-Bravo's Objections.  Defendants have failed to demonstrate any absolute disparity of 10% or greater, as is required by binding Eleventh Circuit precedent.  The Court **DENIES** Defendants' Motion

AO 72A
(Rev. 8/82)

and Supplemental Motions to Dismiss Indictment and Stay Proceedings. Dkt. 420, 429, 439.

**SO ORDERED**, this \_\_\_19\_\_\_ day of \_\_\_November\_\_\_, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA