IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA     *
                        *
versus     *
                        *

RANGEL-RUBIO, PABLO P1708272

## GOVERNMENT RECORD
### CERTIFICATE OF AUTHENTICITY

I, Jeanette Lopez, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B. The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C. The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 30TH day of NOVEMBER, 2017

SIGNATURE: *Jeanette Lopez*

TITLE: Private / Criminal Intelligence

PHONE: (912) 652-7663

IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA            *
                            *
versus                      *
                            *

RANGEL-RUBIO, JUAN P1708273

## GOVERNMENT RECORD
### CERTIFICATE OF AUTHENTICITY

I, Jeanette Lopez, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B.  The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C.  The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 30TH day of NOVEMBER, 2017

SIGNATURE: _Jeanette Lopez_

TITLE: Private / Criminal Intelligence

PHONE: (912) 652-7663

IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA　　　　　　　　*
　　　　　　　　　　　　　　　　*
versus　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*

RANGEL-RUBIO, JUAN P1708273

## GOVERNMENT RECORD
### CERTIFICATE OF AUTHENTICITY

I, Jeanette Lopez, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A.　The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B.　The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C.　The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 25TH day of OCTOBER, 2017
SIGNATURE: _Jeanette Lopez_
TITLE: Private / Criminal Intelligence
PHONE: (912) 652-7663

IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA            *
                            *
versus                      *
                            *
RANGEL-RUBIO, PABLO P1708272

## G O V E R N M E N T   R E C O R D
### CERTIFICATE OF AUTHENTICITY

I, Jeanette Lopez, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A.   The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B.   The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C.   The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 24TH day of OCTOBER, 2017

SIGNATURE: _Jeanette Lopez_

TITLE: Private / Criminal Intelligence

PHONE: (912) 652-7663

IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA        *
       *
versus        *
       *

RANGEL-RUBIO, PABLO P1708272

## GOVERNMENT RECORD
### CERTIFICATE OF AUTHENTICITY

I, Jeanette Lopez, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B. The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C. The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 9TH day of APRIL, 2018

SIGNATURE: _[signature]_

TITLE: Private / Criminal Intelligence

PHONE: (912) 652-7663

IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA             *
                             *
versus                       *
                             *
RANGEL-RUBIO, PABLO P1708272

## GOVERNMENT RECORD
### CERTIFICATE OF AUTHENTICITY

I, Matthew Stephenson, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A.   The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B.   The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C.   The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 4th day of December, 2018.

SIGNATURE: _____

TITLE: Private / Criminal Intelligence

PHONE: (912) 644-5111

IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA          *
                          *
versus                    *
                          *
RANGEL, JUAN P1010043

## GOVERNMENT RECORD
### CERTIFICATE OF AUTHENTICITY

I, Matthew Stephenson, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B. The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C. The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 4th day of December, 2018.

SIGNATURE: _____

TITLE: Private / Criminal Intelligence

PHONE: (912) 644-5111

IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA     *

                          *

versus               *

                          *

PEREZ BRAVO, HIGINO P1807465

## GOVERNMENT RECORD
### CERTIFICATE OF AUTHENTICITY

I, Matthew Stephenson, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B. The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C. The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 4th day of December, 2018.

SIGNATURE: _____

TITLE: Private / Criminal Intelligence

PHONE: (912) 644-5111

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA          *
                                  *
v.                                *
                                  *
RANGEL-RUBIO, PABLO P1708272

## G O V E R N M E N T   R E C O R D
### CERTIFICATE OF AUTHENTICITY

I, Matthew Stephenson, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The Compact Disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A.  The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B.  The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C.  The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 23rd day of August, 2018.

SIGNATURE: _____

TITLE: Private / Criminal Intelligence

PHONE: (912) 644-5111

IN THE SUPERIOR/STATE COURT OF CHATHAM COUNTY

STATE OF GEORGIA

STATE OF GEORGIA                *
                                *
versus                          *
                                *
PEREZ BRAVO, HIGINO P1807465

### GOVERNMENT RECORD
### CERTIFICATE OF AUTHENTICITY

I, Ryan Thompson, hereby certify that I have personal knowledge of the record filing system of Chatham County Sheriff's Office (CCSO), located at 1050 Carl Griffin Drive, Savannah, Georgia, in my job as a Criminal Intelligence Records Custodian.

I have reviewed the attached business records, described as follows:

The compact disk to which I have affixed a label with my initials and the records requested and dates involved, and certify that these government records were taken from the ordinary government records of the entity named herein.

I certify further that based upon my review of these records:

A. The records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of these matters;
B. The records were kept in the course of the regularly conducted activity of the above-named government entity; and,
C. The records were kept in the course of the regularly conducted activity as a regular business practice.

In accordance with Official Code of Georgia Annotated §§ 24-8-803(6), 24-9-902(11), 24-9-920 and 16-10-20, I declare, certify, verify, under penalty of making false statements, that the foregoing is true and correct.

Executed this 16TH Day of MARCH, 2022.

SIGNATURE: _____

TITLE: Intel / C.I.D.

PHONE: (912) 660-9878