

**Certification of Documents**

Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form G-24
Internal Use

# United States of America

### Department of Homeland Security
### U.S. Citizenship and Immigration Services

03/24/2022
Date *(mm/dd/yyyy)*

### Certification of Documents
(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act (INA), and Title IV, Subtitle E, Section 451 and Section 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Service, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject: **Eliud Montoya**

Also known as (aka):

File and/or Certificate Number: **A097 986 247**

Number of Pages Copied: **48**

Signature of Authorized Person

**Tuan Dang, Records & Information Management Specialist**
Print Name and Title of Authorized Person

**ATLANTA FIELD OFFICE**
Office of Authorized Person

**Annotations**
Right side:
Misc Inter-filings|pages 1-2 of 48
File/Mail Route sheet|page 3 of 48
File Inq.|page 4 of 48
Atty Letter|page 5 of 48
Envelope|page 6 of 48
Form I-650B|pages 7-8 of 48
FBI Response|pages 9-10 of 48
IBIS Query|page 11 of 48
CIS Inq.|page 12 of 48
App/Doc Review|pages 13-15 of 48
CIS Inq.|pages 16-19 of 48
N-400 Chcklist|page 20 of 48

(A \*\*\*-\*\*\*- 247 )

**Right Side Annotations Cont.**

IBIS Query| page 21 of 48
CIS file Trans| page 22 of 48
Form I-181| page 23 of 48
Section 26 Req.| page 26 of 48
Appendix O: I485| pages 25-26 of 48
RFE| page 27 of 48
ICMS Query I130| page 28 of 48
ICMS Query I485| page 29 of 48
I-485 Security Checks| page 30 of 48
FBI Response Info.| pages 31-33 of 48
IBIS Query| page 34 of 48
Form I-797C| page 35 of 48
AOS Process. Wksht| pages 36-37 of 48
NBC I485 Chklist| page 38 of 48
I130 Process. Wksht| page 39 of 48
I131/I765 Process. Wksht| pages 40-41 of 48
NBC record| page 42 of 48
CLAIMS Record| page 43 of 48
IBIS Query| page 44 of 48
I-551\I-586 Data Coll. Form| page 45 of 48
FBI Check Response| page 46 of 48
CIS records| pages 47-48 of 48

1



**Certification of Documents**

Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form G-24
Internal Use

# United States of America

### Department of Homeland Security
### U.S. Citizenship and Immigration Services

03/24/2022
Date *(mm/dd/yyyy)*

## Certification of Documents
(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act (INA), and Title IV, Subtitle E, Section 451 and Section 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Service, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject: **Eliud Montoya**

Also known as (aka):

File and/or Certificate Number: **A097 986 247**

Number of Pages Copied: **214**

Signature of Authorized Person

Tuan Dang, Records & Information Management Specialist
Print Name and Title of Authorized Person

ATLANTA FIELD OFFICE
Office of Authorized Person

| Annotations |
|---|
| Left side: |
| Form N-550\|page 1 of 214 |
| Attny Waiver\|page 2 of 214 |
| Form G-28\|page 3 of 214 |
| Form N-445\|page 4 of 214 |
| N-400\|pages 5-14 of 214 |
| Form N-649\|page 15 of 214 |
| NATZ Test\|pages 16-19 of 214 |
| NATZ Intv results\|page 20 of 214 |
| LPR copy\|page 21 of 214 |
| Form I-797C\|page 22 of 214 |
| NBC Notices\|pages 23-24 of 214 |
| Coversheet\|page 25 of 214 |
| I-751 Case Rev.\|page 26 of 214 |
| FormG-28\|page 27-29 of 214 |

Form G-24   11/15/17   N

Page 1 of 1

(A ***-***- 247 )

**Left Side Annotations Cont.**

I-751 Response| page 30 of 214
Atty Supp. Evidence Letter| page 31 of 214
Supp. Evidence (I-751)| pages 32-84 of 214
Coversheet| page 85 of 214
Form I-181| page 81 of 214
Form G-28| pages 87-88 of 214
Form I-485| pages 89-91 of 214
Form G-325A| pages 92-95 of 214
Dependent Certification| page 96 of 214
MEX doc| pages 98-99 of 214
VISA/BCC copy| page 100 of 214
Form I-94 copy| page 101 of 214
MEX Passport| page 102 of 214
Form I-765| page 103 of 214
Copies of photo| pages 104-105 of 214
Form I-131| pages 106-108 of 214
Form I-864| pages 109-114 of 214
Form I-864A| pages 115-117 of 214
Employment letter| page 118 of 214
Employment letters| pages 119-120 of 214
2003 Tax returns| pages 121-135 of 214
2001 Tax returns| pages 136-138 of 214
Check stubs| pages 139-156 of 214
Attny letter Med| page 157 of 214
HOU Form I-72| page 158 of 214
Form I-693| page 159-161 of 214
Supp. Form to I-693| page 162 of 214
Form I130| page 163 of 214
Vital Record Cert.| page 164 of 214
MC| page 165 of 214
Form G-325A| pages 166-169 of 214
Attny letter sup. Docs| page 170 of 214
Supporting Docs| pages 171-210 of 214
Envelope| page 211 of 214
Envelope| page 212 of 214
Envelope| page 213 of 214
"Photos" copy| page 214 of 214

1



**Certification of Documents**

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form G-24
Internal Use

# United States of America

**Department of Homeland Security**

**U.S. Citizenship and Immigration Services**

03/24/2022
Date *(mm/dd/yyyy)*

### Certification of Documents
(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act (INA), and Title IV, Subtitle E, Section 451 and Section 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Service, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject: **Pablo Rangel-Rubio**

Also known as (aka):

File and/or Certificate Number: **A216 304 092**

Number of Pages Copied: **82**

_Signature of Authorized Person_

**Tuan Dang, Records & Information Management Specialist**
Print Name and Title of Authorized Person

**ATLANTA FIELD OFFICE**
Office of Authorized Person

| Annotations |
|---|
| Left side: |
| USCIS Cover Sheet\|page 1 of 82 |
| Court Docs\|pages 2-3 of 82 |
| Rejected Filing Notice\|page 4 of 82 |
| Tele hearing req.\|page 5 of 82 |
| Form EOIR-28\|pages 6-7 of 82 |
| Court Motion\|pages 8-9 of 82 |
| Exhibit A\|pages 10-12 of 82 |
| Exhibit B\|page 13 of 82 |
| Exhibit C\|page 14 of 82 |
| Exhibit D\|pages 15-17 of 82 |
| Judge Order\|page 18 of 82 |
| Cert of Service\|pages 19-20 of 82 |
| Hearin Req.\|page 21 of 82 |

(A \*\*\*-\*\*\*- 092 )

**Left Side Annotations Cont.**

Form EOIR-28| pages 22-23 of 82
Heating Motion| pages 24-25 of 82
Exhibit A| pages 26-28 of 82
Exhibit B| page 29 of 82
Exhibit C| page 30 of 82
Exhibit D| pages 31-33 of 82
Judge Order| page 34 of 82
Certificate of Service| page 35 of 82
Low-cash bond hearing| page 36 of 82
Affidavits| pages 37-39 of 82
GA ID (F&B)| page 40 of 82
Affidavit| pages 41-44 of 82
MX Passport| page 45 of 82
GA ID| page 46 of 82
Affidavit| page 47 of 82
GA ID| page 48 of 82
Inmate Report| page 49 of 82
Affidavit| page 50 of 82
FL ID| page 51 of 82
Affidavit| page 52 of 82
GA ID| page 53 of 82
Affidavit| page 54 of 82
FL ID| page 55 of 82
Affidavit| page 56 of 82
Chatham Police Record| page 57 of 82
Crim. History Record| pages 58-60 of 82
Affidavits| pages 61-65 of 82
Form I-862| pages 66-67 of 82
Form I-830E| page 68 of 82
Form I-862| page 69 of 82
Form I-286| pages 70-71of 82
Form I-200| page 72 of 82
Jail Intake Form| page 73 of 82
Charleston County Booking| page 74 of 82
Detainee Trans.| page 75 of 82
Order to Detain| page 76 of 82
Form I-213| pages 77-79 of 82
Form I-385| page 80 of 82
Record of Sworn St| pages 81-82 of 82

1



**Certification of Documents**

Department of Homeland Security
U.S. Citizenship and Immigration Services

USCIS
Form G-24
Internal Use

# United States of America

Department of Homeland Security

U.S. Citizenship and Immigration Services

03/24/2022
Date (mm/dd/yyyy)

### Certification of Documents

(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act (INA), and Title IV, Subtitle E, Section 451 and Section 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Service, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject: Juan Rangel-Rubio

Also known as (aka):

File and/or Certificate Number: A205 636 800

Number of Pages Copied: 53

*Signature of Authorized Person*

Tuan Dang, Records & Information Management Specialist
Print Name and Title of Authorized Person

ATLANTA FIELD OFFICE
Office of Authorized Person

**Annotations**
Right side:
Coversheet|page 1 of 53
Form I-296|pages 2-3 of 53
Form I-867A|pages 4-6 of 53
Form I-867B|page 7 of 53
Form I-296|page 8 of 53
Form I-860|page 9 of 53
Notice of Action|page 10 of 53
Violation record|page 11 of 53
Criminal Complaint|page 12 of 53
MEX E/R Pros.|page 13 of 53
Tent. Case Req.|page 14 of 53
FAX results|page 15 of 53
Tent. Case Req.|page 16 of 53
Form I-385|page 17 of 53

Form G-24  11/15/17  N

Page 1 of 1

(A \*\*\*-\*\*\*- 800 )

**Right Side Annotations Cont.**

Order to Detain | page 18 of 53
Form I-213 | pages 19-22 of 53
Form I-213 | pages 23-26 of 53
Form I-214 | page 27 of 53
FBI Record | pages 28-31 of 53
TID Alert | pages 32-33 of 53
EARM | pages 34-37 of 53
Crim. His. Rec. | pages 38-40 of 53
Candidate Bio | pages 41-42 of 53
Biometric | pages 43-44 of 53
FBI records | pages 45-50 of 53
Form R-84 | pages 51-53 of 53



## Certification of Documents

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

USCIS
Form G-24
Internal Use

# United States of America

### Department of Homeland Security
### U.S. Citizenship and Immigration Services

03/24/2022
Date *(mm/dd/yyyy)*

### Certification of Documents
(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act (INA), and Title IV, Subtitle E, Section 451 and Section 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Service, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject: Juan Rangel-Rubio

Also known as (aka):

File and/or Certificate Number: T205 636 800

Number of Pages Copied: 23

Signature of Authorized Person

Tuan Dang, Records & Information Management Specialist
Print Name and Title of Authorized Person

ATLANTA FIELD OFFICE
Office of Authorized Person

**Annotations**
Right side:
Form I-247A|page 1 of 23
Form I-213|pages 2-4 of 23
Form I-213|pages 5-8 of 23
Detention History|page 9 of 23
EARM|pages 10-15 of 23
CIS searches|pages 16-17 of 23
NNSV Query|pages 18-23 of 23

Form G-24   11/15/17   N

Page 1 of 1



| Certification of Documents | USCIS |
|---|---|
| Department of Homeland Security<br>U.S. Citizenship and Immigration Services | Form G-24<br>Internal Use |

# United States of America

### Department of Homeland Security
### U.S. Citizenship and Immigration Services

03/24/2022
Date *(mm/dd/yyyy)*

## Certification of Documents
(Originals or Copies thereof)

**BY VIRTUE OF** the authority vested in me by Title 8, Code of Federal Regulations, Part 103 of the Immigration and Nationality Act (INA), and Title IV, Subtitle E, Section 451 and Section 456 of the Homeland Security Act of 2002,

**I HEREBY CERTIFY** that the annexed documents are originals, or copies thereof, from the records of U.S. Citizenship and Immigration Service, Department of Homeland Security, which the Secretary is the legal custodian by virtue of Section 103 of the Immigration and Nationality Act. These documents relate to:

Subject: Higinio Perez-Bravo

Also known as (aka):

File and/or Certificate Number: A209 883 367

Number of Pages Copied: 4

*[signature]*
Signature of Authorized Person

Tuan Dang, Records & Information Management Specialist
Print Name and Title of Authorized Person

ATLANTA FIELD OFFICE
Office of Authorized Person

**Annotations**
Left side:
Form I-200| page 1 of 4
Form I-289| page 2 of 4
Form I-862| pages 3-4 of 4

Form G-24  11/15/17  N

Page 1 of 1